# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

| | |
|---|---|
| GUY PINKMAN, BRET DAVIS, DUSTIN MORTON, STEVEN DOLEZAL and MICHAEL HOHBEIN, | ) Case No. 4:08-CV-3147 ) ) ) |
| Plaintiffs, | ) ) **ORDER OF PROTECTION** |
| v. | ) ) |
| CITY OF LINCOLN, NEBRASKA, A Municipal Corporation, | ) ) ) |
| and | ) ) |
| NILES R. FORD, in his individual and official capacity as Fire Chief of Lincoln Fire & Rescue, | ) ) ) |
| Defendants. | ) |

THIS MATTER comes before the Court on a motion of the parties for an order of protection relative to discovery information sought by the Plaintiffs. The Court, being fully advised of the stipulation and agreement between the parties regarding a stipulation of protection, finds that such order should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the motion, filing no. 19, is granted and the stipulation of protection order is hereby adopted by the terms of that stipulation, and shall be binding on all parties and counsel of record as set forth therein.

IT IS SO ORDERED.

DATED this 2nd day of February, 2009.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge