IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

GUY PINKMAN, BRET DAVIS,      )
DUSTIN MORTON, STEVEN         )
DOLEZAL, and MICHAEL          )
HOHBEIN,                      )
                             )
          Plaintiffs,         )                    4:08CV3147
                             )
      V.                      )
                             )
NILES R. FORD, in his individual   )            **ORDER**
and official capacity as Fire Chief of  )
the Lincoln Fire and Rescue   )
Department, and CITY OF       )
LINCOLN, NEBRASKA, a          )
municipal corporation,        )
                             )
          Defendants.         )
                             )

Plaintiffs have filed a motion (filing 22) requesting additional time in which
to respond to Defendants' motion for summary judgment (filing 16). I shall grant the
motion.

IT IS ORDERED:

1.   Plaintiffs' motion (filing 22) requesting additional time in which to
     respond to Defendants' motion for summary judgment (filing 16) is
     granted;

2.   Plaintiffs shall file a responsive brief and any evidentiary materials on
     or before February 26, 2009;

3.      The Clerk of the United States District Court for the District of Nebraska shall adjust the court's computerized record-keeping system to change the "response due" date accordingly.

February 17, 2009.

BY THE COURT:
s/*Richard G. Kopf*
United States District Judge