IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GUY PINKMAN, BRET DAVIS, DUSTIN MORTON, STEVEN DOLEZAL, and MICHAEL HOHBEIN, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 4:08CV3147 |
| V. | ) ) | |
| NILES R. FORD, in his individual and official capacity as Fire Chief of the Lincoln Fire and Rescue Department, and CITY OF LINCOLN, NEBRASKA, a municipal corporation, | ) ) ) ) ) ) ) ) | **JUDGMENT** |
| Defendants. | ) ) | |

Pursuant to Plaintiffs' Motion to Dismiss (filing 29), Plaintiffs' counsel's representation that Defendants do not object to Plaintiffs' motion and that the parties have agreed that this action should be dismissed with prejudice, and Fed. R. Civ. P. 41, this action is dismissed with prejudice, each party to pay his or its own attorneys' fees and costs.

March 9, 2009.

BY THE COURT:
s/*Richard G. Kopf*
United States District Judge